IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-149-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.   HERBERT B. AGUIRRE, JR.,**

       Defendant.

---

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

---

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **May 12, 2011;** responses to these motions are due **May 27, 2011**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **June 10, 2011, at 1:30 p.m.**  (If this case does not proceed to trial, this date may be used for the Change of Plea Hearing.)  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested.  It is

FURTHER ORDERED that a **3-day jury trial, if needed,** is set for **June 20, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  April 19, 2011