IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-149-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. HERBERT B. AGUIRRE, JR.,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Change of Plea Hearing set for June 10, 2011 is VACATED and RESET for 1:30 p.m. on June 13, 2011 in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

DATED:  June 3, 2011